# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| YURII BLAHYI,<br><br>       Petitioner,<br><br>v.<br><br>CAPTAIN SMITH and JAIL ADMINISTRATOR,<br><br>       Respondents. | Case No. 25-CV-1402-JPS<br><br>**ORDER** |

On September 12, 2025, Petitioner Yurii Blahyi, a Ukrainian national, filed a habeas petition under 28 U.S.C. § 2241. ECF No. 1. Since then, however, Petitioner has been moved to Christian County Detention Center in Hopkinsville, Kentucky,[1] a fact of which the Court takes judicial notice. Fed. R. Evid. 201; *see also Balogun v. Ashcroft*, 374 F. 3d 492, 506 (7th Cir. 2004) (taking judicial notice of a State Department Report). Because Petitioner is no longer being held in this judicial district, the Court lacks jurisdiction over this case and will dismiss it without prejudice. *Rumsfeld v. Padilla*, 542 U.S. 426, 447 (2004) ("Whenever a § 2241 habeas petitioner seeks to challenge his present physical custody within the United States, he should name his warden as respondent and file the petition in the district of confinement." (citing *al-Marri v. Rumsfeld*, 360 F.3d 707, 712 (7th Cir. 2004))). Additionally, Petitioner has failed to keep the Court apprised as to his address, ECF No.

---

[1]*Online Detainee Locator System*, U.S. IMMIGR. & CUSTOMS ENF'T, https://locator.ice.gov/odls/ (last visited Oct. 9, 2025).

3, which also warrants dismissal. *Anderson v. Williamson*, 748 F. App'x 710, 711 (7th Cir. 2019) (citing *Synder v. Nolen*, 380 F.3d 279, 285 (7th Cir. 2004)).

Accordingly,

**IT IS ORDERED** that this action be and the same is hereby **DISMISSED without prejudice**.

The Clerk of Court is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 9th day of October, 2025.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge